THE STATE OF OHIO, APPELLEE, *v.* LEES, APPELLANT.

**[Cite as *State v. Lees,* 135 Ohio St.3d 136, 2012-Ohio-5909.]**

*Court of appeals' judgment reversed on the authority of* In re Bruce S.

(No. 2012-1534—Submitted December 13, 2012—Decided December 18, 2012.

APPEAL from the Court of Appeals for Franklin County, No. 12AP-243.

_____

**{¶ 1}** The judgment of the court of appeals is reversed on the authority of *In re Bruce S.,* 134 Ohio St.3d 477*,* 2012-Ohio-5696, 983 N.E.2d 350, and the cause is remanded to the trial court for the limited purpose of holding a classification hearing consistent with *In re Bruce S*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

KENNEDY, J., not participating.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Chief Counsel, Appellate Division, for appellee.

Timothy Young, Ohio Public Defender, and Francisco E. Lüttecke and Jason A. Macke, Assistant Public Defenders, for appellant.

_____